IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**JOHN HORTON**  PLAINTIFF

v.  4:22-CV-00264-BRW

**JODI HUGGINS**  DEFENDANTS

**ORDER**

Plaintiff asserts that Defendant is committing "tortious interference [with Plaintiff's] inheritance" in a case pending in an Oklahoma state court involving the Estate of Burl Horton.[1] Although he uses the term "tortious interference," Plaintiff's claim is "based primarily on Oklahoma probate procedure" and he is contesting the validity of a will that is part of an on-going probate case.[2] Plaintiff asserts that Defendant "is not the biological offspring of the decedent and therefore is not competent to file the petition for the probate of the purported will of Burl Horton.[3]

Plaintiff's claims fall squarely within the "probate exception."[4]  Accordingly, abstention is appropriate and this case is DISMISSED without prejudice.  The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 23rd day of March, 2022.

                                               Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] *Id.*

[3] *Id.*

[4] *Marshall v. Marshall*, 547 U.S. 293, 311–12 (2006) ("[T]he probate exception reserves to state probate courts the probate or annulment of a will and the administration of a decedent's estate; it also precludes federal courts from endeavoring to dispose of property that is in the custody of a state probate court.").